For plaintiff: Michael Addeo.

For defendant: Sherwood & Clifford.

Nicola Montuori
vs. } No. 91693.
Russell C. Wiatt

DECISION.

February 15, 1934.

CARPENTER, J. This is an action brought by Nicola Montuori, the husband of Carmela Montuori, to recover for money laid out and expended for medical treatment, medicine, and so forth, made necessary by injuries received by said Carmela Montuori in the accident described in decision filed in the case of *Carmela Montuori* vs. *Russell C. Wiatt*, numbered 91694 in this Court.

For the reasons set forth in said decision, the Court renders decision for the plaintiff in the sum of $250.